**Pablo IZAGUIRRE, Plaintiff—Appellant,**

v.

**PAYNE, Correctional Officer, sued in his/her individual & official capacity; Fridenmaker, Correctional Officer, sued in his/her individual & official capacity; Moreno, Correctional Officer, sued in his/her individual & official capacity, Defendants—Appellees,**

and

**Blaine Marshall, Deputy Warden, sued in his/her individual & official capacity, Defendant.**

No. 04–16680.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 15, 2006.

Decided March 20, 2006.

Shannon Clark, Esq., Gallagher & Kennedy PA, Phoenix, AZ, for Plaintiff–Appellant.

Pablo Izaguirre, Buckeye, AZ, pro se.

Wanda E. Hofman, Esq., AGAZ-Office of the Arizona Attorney General (Tucson) Liability Management Section, Tucson, AZ, for Defendants–Appellees.

Before: RYMER, W. FLETCHER, and CLIFTON, Circuit Judges.

---

MEMORANDUM *

For the reasons stated by the district court, we affirm.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.